**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

*IN RE HAGUE CHILD ABDUCTION APPLICATION*

| | |
|---|---|
| **CARLOS FABIAN ALMAGUER ARGUELLES,** ) ) ) | |
| Petitioner, ) ) | |
| ) | **CIVIL ACTION** |
| v. ) ) | **Case No. 08-2030-CM** |
| **ERIKA MERCEDES GASPAR VASQUEZ,** ) ) ) | |
| Respondent. ) ) | |

## ORDER

Pending before the court is the parties' Joint Motion for Order Surrendering Minor Child to Petitioner (Doc. 37). Although the time for respondent to object to Judge Sebelius's Report and Recommendation expires today, respondent represents in the motion that she will not file any appeal or initiate any action to delay the return of T.A.G. to Mexico. The parties jointly request that the court enter an order to surrender T.A.G. to petitioner and/or his counsel so that the child may be returned to Mexico. The parties agree that they will coordinate all efforts for such removal to Mexico.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Order Surrendering Minor Child to Petitioner (Doc. 37) is granted. T.A.G. shall be released from protective custody to petitioner's counsel. The Clerk of the Court shall also release petitioner's visa and passport to petitioner's counsel.

Dated this 31st day of March 2008, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**
